# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD,<br><br>          Plaintiff,<br><br>     v.<br><br>VANG, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:09-cv-00006-OWW-SMS PC<br><br>ORDER AUTHORIZING SERVICE OF COMPLAINT, AND  FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

   Plaintiff Herman D. Shead, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2009.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states an Eighth Amendment claim against Defendant Vong for use of excessive force in the course of subduing Plaintiff during his diabetic seizure.[1,2]  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007).  Accordingly, it is HEREBY ORDERED that:

   1.   Service shall be initiated on the following defendant:

---

[1] It is not entirely clear whether the defendant's name is spelled Vang or Vong, but it appears to be Vong.

[2] On February 2, 2010, Plaintiff's First Amendment claim against Defendants Fogle, Bradford and Vera for retaliation and conspiracy to maintain silence and cover up Vong's excessive use of force was dismissed, with prejudice, for failure to state a claim upon which relief may be granted under § 1983; Plaintiff's claim for declaratory relief was dismissed with prejudice; Plaintiff's claims against Defendants in their official capacities were dismissed with prejudice; Plaintiff's state law claims other than his tort claim against Defendant Vong were dismissed; and Defendants Fogle, Bradford, and Vera were dismissed.  (Doc. 18.)

1

1 **C/O VONG**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 5, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form; and

   c. Two (2) copies of the endorsed complaint filed January 5, 2009.

4. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:**    **February 5, 2010**           /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE