# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O VANG,<br><br>    Defendant.<br>_____/ | CASE NO. 1:09-cv-00006-OWW-SKO PC<br><br>ORDER DENYING MOTIONS FOR THE APPOINTMENT OF COUNSEL<br><br>(Docs. 48 and 51) |

     On April 7, 2011, and April 21, 2011, Plaintiff Herman D. Shead, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed motions seeking the appointment of counsel. Plaintiff does not have a constitutional right to the appointment of counsel in this action. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981). The Court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but it will do so only if exceptional circumstances exist. Palmer, 560 F.3d at 970; Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1981). In making this determination, the Court must evaluate the likelihood of success on the merits and the ability of Plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved. Palmer at 970 (citation and quotation marks omitted); Wilborn, 789 F.2d at 1331. Neither consideration is dispositive and they must be viewed together. Palmer 560 F.3d at 970 (citation and quotation marks omitted); Wilborn 789 F.2d at 1331.

     In the present case, the Court does not find the required exceptional circumstances. Even if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations

1 which, if proved, would entitle him to relief, his case is not exceptional.  The Court is faced with
2 similar cases almost daily.  Further, at this stage in the proceedings, the Court cannot make a
3 determination that Plaintiff is likely to succeed on the merits, and based on a review of the record
4 in this case, the Court does not find that Plaintiff cannot adequately articulate his claims.  Id.
5          For the foregoing reasons, Plaintiff's motions for the appointment of counsel are HEREBY
6 DENIED, without prejudice.

8 IT IS SO ORDERED.
9 **Dated:   May 2, 2011**                             /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE