# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>C/O VANG,<br><br>    Defendant. | CASE NO. 1:09-cv-00006-OWW-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF WITNESS'S DEPOSITION TRANSCRIPT<br><br>(Doc. 49) |

Plaintiff Herman D. Shead, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2009.  On April 7, 2011, Plaintiff filed a motion seeking a copy of witness Robert Henderson's deposition transcript.

Plaintiff is not entitled to a free review of the transcript because he was not the deponent, Fed. R. Civ. P. 30(e)(1), and there is no provision allowing Plaintiff to obtain a free copy for himself, Fed. R. Civ. P. 30(f)(3).  If Plaintiff is able to pay for the transcript, he may make arrangements to obtain a copy by directly contacting the court reporter or the entity that provided the court reporter.

Accordingly, Plaintiff's motion for a free copy of witness Robert Henderson's deposition transcript is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   May 3, 2011**              /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE