# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD, | CASE NO. 1:09-cv-00006-OWW-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO DEPOSE WITNESS BY VIDEOCONFERENCE |
| v. | |
| C/O VANG, | (Doc. 57) |
| Defendant. | |
| _____ / | |

Plaintiff Herman D. Shead, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2009, and a scheduling order was issued on September 14, 2010.  This action is currently in the discovery phase, and on May 4, 2011, Defendant Vang filed a motion seeking leave to depose witness Saad Salahuddin by videoconference.  Fed. R. Civ. P. 30(b)(4).

Good cause having been shown, Defendant's motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    May 5, 2011**                          **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

1