# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD, | CASE NO. 1:09-cv-00006-OWW-SKO PC |
| Plaintiff, | NOTICE OF ERRATUM |
| v. | (Doc. 17) |
| C/O VANG, | |
| Defendant. | |

Due to administrative error, part of the last sentence of the Court's order filed on December 3, 2009, was deleted. Line 16 on page 2 is HEREBY AMENDED from:

    9.    The Court will not exercise supplemental jurisdiction over Plaintiff

to:

    9.    The Court will not exercise supplemental jurisdiction over Plaintiff's state claims against Fogle, Bradford, and Vera.

IT IS SO ORDERED.

**Dated:  May 20, 2011**      /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE