# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD,<br><br>  Plaintiff,<br><br>  v.<br><br>C/O VANG,<br><br>  Defendant.<br>_____/ | CASE NO. 1:09-cv-00006-AWI-SKO PC<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING SET FOR SEPTEMBER 5, 2012, AT 2:00 P.M.<br><br>(Doc. 64) |

This matter is currently set for a telephonic trial confirmation hearing on September 5, 2012, at 2:00 p.m. and jury trial on October 30, 2012, at 8:30 a.m. Defendant's motion to dismiss for failure to prosecute has been submitted upon the record, and pending as is Plaintiff's request to modify the scheduling order to allow some discovery in light of Plaintiff's recent retention of counsel.

In light of the foregoing, the telephonic trial confirmation hearing set for September 5, 2012, at 2:00 p.m. is HEREBY ORDERED VACATED. The Court will address the pending matters in due course.

IT IS SO ORDERED.

Dated:   August 24, 2012                                    _____
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE

1