1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   HERMAN D. SHEAD,                                    Case No.  1:09-cv-00006-AWI-SKO

11                  Plaintiff,                           ORDER GRANTING DEFENDANT'S
                                                         REQUEST TO HAVE CDCR STAFF
12          v.                                           COUNSEL APPEAR BY TELEPHONE

13   C/O VANG,                                           (Doc. 86)

14                  Defendant.

15   _____/

16

17          This matter is set for a mandatory settlement conference on August 13, 2013, at 10:00 a.m.

18   On July 31, 2013, Defendant filed a request seeking permission to have staff counsel for the

19   California Department of Corrections and Rehabilitation appear by telephone in light of budget

20   constraints.

21          Defendant's request is HEREBY GRANTED and CDCR staff counsel may appear by

22   telephone.[1]

23
     IT IS SO ORDERED.
24

25      Dated:   __August 1, 2013__              _____/s/ Sheila K. Oberto_____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27   _____

28   [1] Staff counsel must appear by telephone.  Merely being available by telephone is not permissible.  Counsel for
     Plaintiff and Defendant are required to personally appear, as set forth in the order issued on July 8, 2013.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28