# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD, | Case No. 1:09-cv-00006-AWI-SKO |
| Plaintiff, | **ORDER VACATING SETTLEMENT CONFERENCE** |
| v. | **ORDER THAT PLAINTIFF SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO SUBMIT A CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |
| C/O VANG, | |
| Defendant. | |
| _____/ | |

Plaintiff Herman D. Shead filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 5, 2009. This action is proceeding against Defendant Vang on Plaintiff's claim that Vang used excessive force against him on or around July 3, 2007, in violation of the Eighth Amendment of the United States Constitution. At the time of the events in question, Plaintiff was incarcerated at Pleasant Valley State Prison in Coalinga, California.[1]

On January 17, 2013, a settlement conference was set for August 13, 2013. (Doc. 84.) The January 17, 2013, scheduling order stated that, no later than five (5) court days prior to the settlement conference, the parties were to submit to Judge Oberto's chambers email a confidential settlement conference statement. (Doc. 84, 5:11-13.)

---

[1] Plaintiff is currently incarcerated at San Quentin State Prison.

1 On July 8, 2013, the Court issued an Order re Settlement Conference again informing the
2 parties that they were to submit a confidential settlement conference statement no later than five
3 (5) business days before the settlement conference. (Doc. 85, 1:27-2:2.) Plaintiff failed to submit
4 a confidential statement.

5 Accordingly, IT IS HEREBY ORDERED that:
6 1. The August 13, 2013, settlement conference is VACATED; and
7 2. **By no later than August 13, 2013,** Plaintiff shall file a statement showing cause
8 why sanctions should not be imposed for his failure to comply with the Court's
9 order.

IT IS SO ORDERED.

Dated:   **August 7, 2013**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE