UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERMAN D. SHEAD,**<br><br>        **Plaintiff**<br><br>        **v.**<br><br>**C/O VANG et al.,**<br><br>        **Defendants** | **CASE NO. 1:09-CV-006 AWI SKO**<br><br>**ORDER ON DEFENDANT'S EX PARTE MOTION FOR WRIT OF EXECUTION**<br><br>(Doc. No. 102) |

       On December 10, 2013, Defendant Vang filed an application for a writ of execution. Although the application does not indicate whether the application is directed to the Clerk of the Court or to the undersigned, the proposed order that is attached to the application makes clear that the application is directed to the undersigned.

       Pursuant to Federal Rule of Civil Procedure 69, a money judgment is enforced through a writ of execution, and the procedure on execution must accord with the procedure of the court in which the district court is located. See Fed. R. Civ. Pro. 69(a); Credit Suis v. United States Dist. Ct., 130 F.3d 1342, 1344 (9th Cir. 1997). California Code of Civil Procedure § 699.510 "sets the parameters for the issuance of writs of execution." Xcentric Ventures, LLC v. Arden, 2010 U.S. Dist. LEXIS 110599, *4 (N.D. Cal. Oct. 1, 2010). Pursuant to § 699.510(a), it is the Clerk of the Court who issues writs of execution. See Cal. Code Civ. Pro. § 699.510(a); UA Local 342 Joint Labor-Mgmt. Comm. v. Roeber's, Inc., 2013 U.S. Dist. LEXIS 160431, *3 (N.D. Cal. Nov. 8, 2013) (citing Cal. Code Civ. Pro. § 699.510(a)). California Code of Civil Procedure § 699.520 lists the required contents and information that a writ of execution must contain.

Here, Vang's application is not correctly directed to the Clerk, and the proposed order does not comply with § 699.520.  Becaues Vang's application and order do not comply with applicable law, the Court will deny Vang's application.  However, the denial will be without prejudice to Vang filing an application and proposed writ that complies California law.

Accordingly, IT IS HEREBY ORDERED that Defendant's ex parte application for a writ of execution is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   December 12, 2013                    _____
                                               SENIOR DISTRICT JUDGE