IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERMAN D. SHEAD** | **CASE NO. 1:09-cv-00006-AWI-SKO** |
| Plaintiff, | **ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION, ORDER FOR SERVICE BY MAIL ON PRO SE PLAINTIFF** |
| v. | |
| **C/O VANG et al.**, | |
| Defendant. | (Doc. No. 107) |

On May 8, 2015, Herman D. Shead ("Plaintiff") filed a Rule 60(b) motion alleging that his counsel ("Counsel") both abandoned him and misled him to believe that Plaintiff was still being represented. See Court's Docket Doc. No. 105. Plaintiff asserted entitlement to relief under 60(b)(1) and 60(b)(6) in his motion. Id. at 3.

On June 30, 2015, this Court issued an order denying Plaintiff's claim for relief under Rule 60(b)(1), and ordered additional briefing for his Rule 60(b)(6) claim. See Doc. 106.

On July 16, 2015, the Court received a second Motion for Reconsideration from Plaintiff that failed to respond to the Court's Order for Additional Briefing. See Doc. 107.

Upon review, Plaintiff did not receive the Order for Additional Briefing because it was only served upon Counsel. Plaintiff therefore lacked notice of the Court's order. Accordingly, the Court will order that its previous Order for Additional briefing and the instant order shall be served on Plaintiff in his current address at San Quentin State Prison by mail.

Further, the Court will deny Plaintiff's second Motion for Reconsideration because it is duplicative of his first motion. Cf. Doc. 107 with Doc. 105. Plaintiff's latest Motion for

1

Reconsideration alleges that Counsel's practice recently dissolved, and that its clients were "left to fend for themselves" without notification. See Doc. 107 p. 1. However, the Court will consider this information when resolving Plaintiff's original Motion for Reconsideration. The Court emphasizes that its denial of the latest motion (Doc. 107) will not impact resolution of the original Motion for Reconsideration (Doc. 105).

## ORDER

Accordingly, it is HEREBY ORDERED that:

(1) Plaintiff's Motion for Reconsideration (Doc. 107) is DENIED as duplicative of his original motion (Doc. 105);

(2) the Court's Order on Plaintiff's Rule 60(b) Motion (Doc. 106) shall be served on Plaintiff by mail at his current address at San Quentin State Prison;

(3) this order shall be served on Plaintiff by mail at his current address at San Quentin State Prison;

(4) Plaintiff Shall respond to the Court's Order on Plaintiff's Rule 60(b) Motion (Doc. 106) by August 13, 2015; and

(5) failure by Plaintiff to timely respond to that order will result in the denial of Plaintiff's Rule 60(b)(6) motion without further notice.

IT IS SO ORDERED.

Dated:   July 20, 2015

SENIOR  DISTRICT  JUDGE