1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN D. SHEAD, | Case No. 1:09-cv-00006-AWI-SKO (PC) |
|                Plaintiff, | ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE |
|    v. | |
| C/O VANG, | (Doc. 83) |
|              Defendant. | |
| _____/ | |

Plaintiff Herman D. Shead is again proceeding pro se in this civil rights action. Accordingly, the Clerk of the Court is HEREBY DIRECTED to change the administrative designation of this case to reflect that of a pro se prisoner civil rights action (550).

IT IS SO ORDERED.

Dated:   **August 14, 2015**                    **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28